

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00155-CR

---

BRANDON LEE RADFORD, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CR23-0739

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Brandon Lee Radford pled guilty to unauthorized use of a motor vehicle, a state jail felony.[1]  *See* TEX. PENAL CODE ANN. § 31.07.  The trial court sentenced him to five years' deferred adjudication community supervision.[2]  The State filed a motion to adjudicate.  After a contested hearing on the motion to adjudicate, the trial court adjudicated Radford guilty and sentenced him to twenty-four months in a state jail facility on the unauthorized use of a motor vehicle.

Radford appeals his conviction, arguing that (1) the trial court abused its discretion by admitting hearsay evidence; (2) the trial court violated his Confrontation Clause rights; and (3) the evidence was insufficient to support the trial court's findings that he violated the terms and conditions of his deferred adjudication community supervision.

We addressed Radford's argument in detail in our opinion addressing his appeal in appellate cause number 06-25-00154-CR, and we apply the same legal standard and analysis here as we did in his companion case.  We conclude, based on the evidence and the standard of review, that the trial court did not abuse its discretion in finding that Radford violated at least one condition of his deferred adjudication community supervision.

---

[1]In his companion appellate cause number 06-25-00154-CR, Radford challenges his adjudication for the possession of a controlled substance, more than one gram but less than four grams of methamphetamine, in trial court cause number CR23-0738.  *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (c) (Supp.).

[2]This appeal was transferred to this Court from the Second Court of Appeals pursuant to a Texas Supreme Court docket equalization order.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).  Accordingly, we apply the precedent of the Second Court of Appeals in deciding this case to the extent that it conflicts with our own.  *See* TEX. R. APP. P. 41.3.

Accordingly, we affirm the trial court's judgment.



Charles van Cleef
Justice

Date Submitted:     July 21, 2026
Date Decided:       July 28, 2026

Do Not Publish